**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| BAM FRANCHISING, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DOES 1-10,<br><br>Defendants. | **[PROPOSED] ORDER GRANTING PLAINTIFF'S *EX PARTE* MOTION FOR EXPEDITED DISCOVERY**<br><br>Case No. 2:26-cv-00895-DBB<br>Judge David Barlow |

Before the Court is Plaintiff BAM Franchising, Inc's ("Plaintiff") *Ex Parte* Motion for Expedited Discovery ("Motion"). Having considered the Motion and for good cause appearing, the Court hereby GRANTS the Motion and ORDERS as follows:

1) Plaintiff is granted leave to take immediate discovery limited to the issue of determining the identity of the unidentifiable Defendants in this matter.

2) Plaintiffs may issue subpoenas on non-parties, including but not limited to, Vercel, Inc. and GoDaddy.com, LLC requesting records containing the identity and contact information for the unidentifiable Doe Defendants.

IT IS SO ORDERED.

DATED: ______________

BY THE COURT:

______________________________
David Barlow
United States District Judge