**EXHIBIT C**

GREGORY C. BELMONT
℅ CereBel Legal Intelligence
157 East 86th Street, 4th Floor
New York, NY 10028
Telephone (631) 506-8464
belmont@cerebel.law

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH - CENTRAL DIVISION**

| | |
|---|---|
| BAM FRANCHISING, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DOES 1–10,<br><br>Defendants. | **[PROPOSED] ORDER GRANTING LIMITED INTERVENTION**<br><br>Case No. 2:26-cv-00895-DBB-DBP<br><br>District Judge David Barlow<br>Magistrate Judge Dustin B. Pead |

Having considered Gregory C. Belmont's Expedited Motion to Intervene, the Court ORDERS:

1. The motion is GRANTED. Belmont may intervene for the limited purpose of seeking a stay and review of the Order Granting Ex Parte Motion for Expedited Discovery (ECF 6) and participating in proceedings concerning identifying discovery authorized by it. A separate pleading under Rule 24(c) is excused.

2. Belmont's proposed objections under Rule 72(a) are accepted as filed as of the date they were submitted. The District Judge will set any response deadline and will decide the objections after Plaintiff has had an opportunity to respond. DUCivR 72-2(b)(1)–(2).

3. Belmont's separately filed motion to stay ECF 6 in part will be decided by the issuing magistrate judge. DUCivR 72-2(c).

4. Belmont may appear remotely at any hearing on these matters, subject to the Court's scheduling and connection instructions.

IT IS SO ORDERED.

Dated: ________________, 2026

BY THE COURT:

__________________________________________________

Dustin B. Pead
United States Magistrate Judge