Eric Allen (#13486)
ALLEN, MITCHELL & ALLEN PLLC
2091 Murray Holladay Road, Suite 21
Salt Lake City, UT 84117
801-930-1117
eric@allenlawyer.com
Attorney for non-party John Doe operator of thebammap.com & bamopsmanual.com

UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| BAM FRANCHISING, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>DOES 1-10,<br><br>Defendants. | **MOTION FOR PRO HAC VICE ADMISSION**<br><br>Case No. 2:26-cv-00895-DBB<br><br>United States District Judge David Barlow<br><br>Magistrate Judge Dustin B. Pead |

I move for the pro hac vice admission of Leonard J. French as counsel for the John Doe operator of thebammap.com and bamopsmanual.com, and I consent to serve as local counsel. I am an active member of this court's bar.

The application and proposed order are attached as exhibits, and the admission fee will be paid to the court at the time of filing. I certify that I have verified with the Applicant that the information contained in the application is true and accurate.

DATED this 9th day of October, 2026

*<u>/s/ Eric Allen</u>*

CERTIFICATE OF SERVICE

I certify that on this 9th day of October, 2026, I caused a true and correct copy of the foregoing **MOTION FOR PRO HAC VICE ADMISSION** to be served via electronic case filing notice on all counsel of record on the case, including the below:

Matthew J. Orme
Kyle K. Tucker
DENTONS DURHAM JONES PINEGAR PC
111 South Main Street, Ste. 2400
Salt Lake City, UT 84111
(801) 415-3000
matt.orme@dentons.com
kyle.tucker@dentons.com
*Attorneys for Plaintiff*

By: /s/ *Eric Allen*