**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH**
**APPLICATION FOR PRO HAC VICE ADMISSION**

## CONTACT INFORMATION

Local Counsel: Eric Allen
Firm: Allen, Mitchell & Allen PLLC
Address: 2091 Murray Holladay Road, Suite 21
Salt Lake City, UT 84117

Telephone: 801-930-1117
Email: eric@allenlawyer.com

Pro Hac Vice Applicant: Leonard French
Firm: The Law Firm of Leonard J. French
Address: 74 West Broad Street, Suite 400
Bethlehem, PA 18018

Telephone: 610-466-5644
Email: ljfrench@leonardjfrench.com

An applicant who intend to become a member of the Utah State Bar, please identify the type of admission you seek:

☐ Admission by Bar Examination
☐ Admission by UBE Transfer
☐ Motion/Reciprocal

## STATE AND FEDERAL BAR MEMBERSHIPS

| Jurisdiction | Bar Number | Date of Admission |
|---|---|---|
| Pennsylvania state bar | 312413 | October 20, 2011 |
| Eastern District of PA | — | April 11, 2012 |
| Middle District of PA | — | Sept 29, 2015 |
| District of Colorado | — | Sept 7th, 2018 |
| District of Columbia | PA0087 | Dec 2, 2019 |
| Western District of NY | — | Feb 8, 2017 |
| Northern District of NY | 700832 | March 14, 2019 |

Have you ever been the subject of disciplinary action by any bar or court to which you have been admitted? ☐ Yes ☒ No

If yes, please explain:

**LIST PRO HAC VICE ADMISSIONS TO THE DISTRICT OF UTAH IN THE PREVIOUS 5 YEARS**

| Case Name | Case Number | Date of Admission |
|---|---|---|
| — | — | — |
| | | |
| | | |
| | | |
| | | |
| | | |

If you have been admitted pro hac vice in 3 unrelated cases in this district in the previous 5 years, please explain your reason(s) for not seeking admission to the Utah State Bar:

| | | |
|---|---|---|
| I certify that I am a member in good standing of all bars and courts to which I have been admitted. | ☒ Yes | ☐ No |
| I certify that I have read and will comply with the Utah Rules of Professional Conduct and the Utah Standards of Professionalism and Civility. | ☒ Yes | ☐ No |
| I certify that I am not a member of the Utah State Bar. | ☒ Yes | ☐ No |
| I certify that I have listed all cases in which I have been admitted pro hac vice this district in the previous 5 years. | ☒ Yes | ☐ No |
| I certify that I do not maintain a law office in Utah. | ☒ Yes | ☐ No |
| I certify that the foregoing is true and correct and is subject to the penalty of perjury. | ☒ Yes | ☐ No |

Under DUCivR 83-1.1(d)(2) you must register to efile to receive electronic notification of case activity. Please visit the court's Attorney Admissions webpage for instructions.

[signature]
Signature

October 2, 2026
Date