UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| BAM FRANCHISING, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>DOES 1-10,<br><br>Defendants. | **ORDER ON MOTION FOR PRO HAC VICE ADMISSION**<br><br>Case No. 2:26-cv-00895-DBB<br><br>United States District Judge David Barlow<br><br>Magistrate Judge Dustin B. Pead |

Before the court is Local Counsel's Motion for Pro Hac Vice Admission of Leonard J. French. Based on the motion and for good cause appearing,

**IT IS HEREBY ORDERED** that the motion is

Granted. DATED this 10th day of October, 2026

**BY THE COURT:**

Magistrate Judge Dustin B. Pead