**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| BAM FRANCHISING, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DOES 1-10,<br><br>Defendants. | **[PROPOSED] ORDER GRANTING MOTION TO PROCEED UNDER A PSEUDONYM**<br><br>Case No. 2:26-cv-00895-DBB-DBP<br><br>District Judge David Barlow<br><br>Magistrate Judge Dustin B. Pead |

Before the Court is the Publisher's Motion to Proceed Under a Pseudonym and for Ex Parte Treatment of Full-Name Notice. For good cause shown, and pursuant to DUCivR 10-2(e), the Motion is GRANTED. The Court ORDERS:

1. The operator of the website thebammap.com may proceed in this action under the pseudonym "Anonymous Non-Party Publisher of thebammap.com."
2. The Notice of Intention to Proceed Under a Pseudonym – Full Names (ECF No. ___) shall remain under seal and ex parte, for the Court's in camera review only. Service of that Notice on Plaintiff under DUCivR 10-2(d) is excused pending further order.
3. No party shall file any document disclosing, or seek to discover, the Publisher's identity except as permitted by further order of the Court.

IT IS SO ORDERED.

DATED this ____ day of ______________, 2026.

BY THE COURT:

______________________________
Dustin B. Pead
United States Magistrate Judge