**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| BAM FRANCHISING, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DOES 1-10,<br><br>Defendants. | **[PROPOSED] ORDER GRANTING LEAVE TO FILE DECLARATION UNDER SEAL AND EX PARTE**<br><br>Case No. 2:26-cv-00895-DBB-DBP<br><br>District Judge David Barlow<br><br>Magistrate Judge Dustin B. Pead |

Before the Court is the Publisher's Motion for Leave to File Declaration Under Seal and Ex Parte. Having considered the Motion, the Court finds that the Declaration of the Publisher contains information entitled to protection under the law, namely the identity of an anonymous speaker whose identity is the subject of a pending motion, and that the public interest in access is adequately served by the publicly filed redacted version. The Motion is GRANTED. The Court ORDERS:

1. The Declaration of the Publisher (ECF ____) shall remain under seal and ex parte, for the Court's in camera review only.
2. Service of the sealed Declaration on Plaintiff is excused pending further order.
3. The Declaration shall not be unsealed without notice to the Publisher and an opportunity to be heard.

IT IS SO ORDERED.

DATED this ____ day of ______________, 2026.

BY THE COURT:

________________________________

Dustin B. Pead
United States Magistrate Judge