**EXHIBIT D**

Screenshots of thebammap.com pages describing its sourcing, claims-grading, corrections log, and right-of-reply form, captured on October 14, 2026.

LEGAL DEFENSE FUND A federal court has let BAM subpoena the names behind this site. Donate on GoFundMe → · About the fund



## Colophon

**What if you don't believe it, or think some of it is AI?** Good. You should not take anything on the internet on faith. That is the whole point of grading every claim and linking every source: open the underlying record and reach your own judgment. The work here is research assembly and drafting, sped up with software; the load-bearing part is the primary record each claim cites, not the tool that helped organize it. Where a claim cannot be sourced it is marked alleged or held, not asserted as fact.

Tools used in research, drafting and review include Codex GPT-5.5 Max, Claude Fable 5, Claude Opus 4.8 Max, Gemini 3.5 Pro Deep Research, Westlaw CoCounsel 2.0 Enhanced, Legora Agent, and Cursor. None of them decide what is true here; the cited documents do.

Corrections and right of reply are welcome. If a fact is wrong or a grade too strong, use the correction and right-of-reply form and it will be checked against the record.