**EXHIBIT F**

GoDaddy Subpoena Policy, captured October 14, 2026

GoDaddy - SUBPOENA POLICY/ATTORNEY TIPS

Last Revised: 01/04/2024

GoDaddy's Privacy Policy prohibits the release of customer or account information without express permission from the customer, except when required by law, to conform to the edicts of the law, or to comply with legal process properly served on GoDaddy or one of its affiliates.

If you seek the identity or account information of a GoDaddy customer in connection with a civil or criminal legal matter, you must fax, mail, or serve GoDaddy.com, LLC with a valid subpoena. For criminal matters, you must be a member of the law enforcement community.

**Submission of Subpoenas**

GoDaddy is headquartered in Tempe, Arizona and all subpoenas should be served at that location or mailed to:

Compliance Department
GoDaddy.com, LLC
100 S. Mill Ave
Suite 1600
Tempe, AZ 85281 USA

Alternatively, the subpoena can be faxed to:

(480) 624-2546
Attn: Compliance Department

**Policies Regarding E-mail**

GoDaddy will not produce the content of e-mail, as the Electronic Communications Privacy Act, 18 U.S.C. §2701 et seq., prohibits an electronic communications service provider from producing the contents of electronic communications, even pursuant to subpoena or court order, except in limited circumstances. GoDaddy's e-mail servers do not retain deleted or sent e-mail.

GoDaddy reserves the right to request a copy of the complaint and any supporting documentation that demonstrates how the GoDaddy e-mail address is related to the pending litigation and the underlying subpoena.

**Terms Specific to Civil Subpoenas:**

**Notice to Customer and Response Time**

Upon the receipt of a valid civil subpoena, GoDaddy will promptly notify the customer whose information is sought via e-mail or U.S. mail. If the circumstances do not amount to an emergency, GoDaddy will not immediately produce the customer information sought by the subpoena and will provide the customer an opportunity to move to quash the subpoena in court. GoDaddy reserves the right to charge an administration fee to the customer by charging the Payment Method the customer has on file with GoDaddy.

**Fees for Subpoena Compliance**

GoDaddy will charge the person or entity submitting the civil subpoena for costs associated with subpoena compliance. Payment must be made within thirty (30) days from the date of receipt of the GoDaddy invoice. Checks should be made out to GoDaddy.com, LLC

GoDaddy's subpoena compliance costs are as follows:

- Research - €66.98/hour
- Federal Express - Cost as Billed
- Copies - €0.23/page

**Treatment of Confidential Information**

Documents and information produced by GoDaddy in response to a subpoena may contain confidential, proprietary, trade secret, and/or private information that warrants special protection from public disclosure. Any such documents will be designated “CONFIDENTIAL” by a stamp affixed to the documents at issue, and must be given confidential treatment by all persons and entities that access them. Confidential treatment includes the following:

**First, access to CONFIDENTIAL documents must be limited to the parties in the underlying action pursuant to which the subpoena was served, their agents, and the court and its personnel.** Documents designated as CONFIDENTIAL may be used during the deposition of a witness in the underlying action to whom disclosure is reasonably necessary, provided that any deposition testimony related to CONFIDENTIAL documents or portions thereof is designated “CONFIDENTIAL” and afforded treatment in the manner required by this provision.

**Second, CONFIDENTIAL documents must not be filed in the public record absent a reasonable attempt to ensure the filing of such documents, and any references thereto, under seal.** A party that seeks to file any motion, brief, or other document that attaches or refers to any CONFIDENTIAL document or portion thereof must take the steps necessary to request a court order sealing the CONFIDENTIAL information at issue. If the court denies a motion to seal made pursuant to this Subpoena Policy, the party may file the document(s) at issue normally, unless otherwise instructed by the court.

**Third, CONFIDENTIAL documents produced in response to a subpoena may not be used for any purpose other than prosecuting or defending the action in which the subpoena is served, and must be destroyed within sixty (60) days after the final disposition of the underlying action.** The person or entity that submits the subpoena is responsible for ensuring that each person or entity to whom any CONFIDENTIAL documents were made available complies with this requirement.

GROW YOUR OWN BUSINESS • WEBSITES THAT WRITE THEMSELVES • Social Made Simple • TRUSTED WORL

Redeem Code

Product Catalog

**Partner Programs**

GoDaddy Agency Partner Program

Reseller Programs

Affiliates

**Account**

Sign In to GoDaddy

Renewals & Billing

Create Account

**Shopping**

Buy a Domain

gTLD Domain Extensions

Websites

Business Email

WordPress

Hosting

Web Security

Logo Maker

Phone Numbers

GoDaddy

Ireland - English

EUR €

Legal Privacy Policy Cookies

Do not sell my personal information

Copyright © 1999 - 2026 GoDaddy Operating Company, LLC. All Rights Reserved. The GoDaddy word mark is a registered trademark of GoDaddy Operating Company, LLC in the US and other countries. The "GO" logo is a registered trademark of GoDaddy.com, LLC in the US.

Use of this Site is subject to express terms of use. By using this site, you signify that you agree to be bound by these Universal Terms of Service.