**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| BAM FRANCHISING, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DOES 1-10,<br><br>Defendants. | **[PROPOSED] ORDER GRANTING ANONYMOUS NON-PARTY PUBLISHER'S EMERGENCY MOTION TO VACATE OR MODIFY ECF 6, TO QUASH OR MODIFY SUBPOENAS, AND FOR PROTECTIVE ORDER**<br><br>Case No. 2:26-cv-00895-DBB-DBP<br><br>District Judge David Barlow<br><br>Magistrate Judge Dustin B. Pead |

Before the Court is the Anonymous Non-Party Publisher's Emergency Motion to Vacate or Modify Order Granting Expedited Discovery (ECF 6), to Quash or Modify Subpoenas, and for Protective Order (ECF ____). Having considered the Motion, Plaintiff's response and the Publisher's reply, and the record, and for good cause shown, the Court GRANTS the Motion and ORDERS as follows:

1. The Order Granting Ex Parte Motion for Expedited Discovery (ECF 6) is VACATED to the extent it authorizes discovery of the identity of, or any information about, the operator of the website thebammap.com.

2. The subpoenas issued under ECF 6 to Vercel, Inc. and GoDaddy.com, LLC are QUASHED to the same extent.

3. Plaintiff shall not issue or serve any subpoena seeking information that identifies the operator of thebammap.com or any person who provided information to that website, absent further order of the Court on noticed motion.

4. Plaintiff shall sequester, and shall not review, use, or disclose, any information concerning the operator of thebammap.com already produced in response to any subpoena, and shall return or destroy it within seven days.

5. Plaintiff shall serve a copy of this Order on each recipient of a subpoena issued under ECF 6 within one business day.

IT IS SO ORDERED.

DATED this ____ day of ______________, 2026.

BY THE COURT:

______________________________
Dustin B. Pead
United States Magistrate Judge