**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| BAM FRANCHISING, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DOES 1-10,<br><br>Defendants. | **[PROPOSED] ORDER GRANTING INTERIM STAY OF PRODUCTION AND SETTING EXPEDITED BRIEFING**<br><br>Case No. 2:26-cv-00895-DBB-DBP<br><br>District Judge David Barlow<br><br>Magistrate Judge Dustin B. Pead |

Before the Court is the Anonymous Non-Party Publisher's Emergency Motion for Interim Stay of Production Pending Ruling and for Expedited Briefing (ECF ___). For good cause shown, the Motion is GRANTED, and the Court ORDERS as follows, pending resolution of the Publisher's Emergency Motion to Vacate or Modify ECF 6 (ECF 23):

1. No recipient of a subpoena issued under the Court's Order of September 30, 2026 (ECF 6) shall produce any information concerning the website thebammap.com or its operator.
2. Plaintiff shall not serve any further subpoena seeking such information.
3. Plaintiff shall sequester, and shall not review, use, or disclose, any such information already produced.
4. Plaintiff shall serve a copy of this Order on each subpoena recipient within one business day.

5. Plaintiff shall file any response to ECF ___ on or before ________. The Publisher may file a reply on or before ______.

IT IS SO ORDERED.

DATED this ____ day of _______________, 2026.

BY THE COURT:

________________________________
Dustin B. Pead
United States Magistrate Judge