FILED
2026 OCT 15
CLERK
U.S. DISTRICT COURT

GREGORY C. BELMONT
℅ CereBel Legal Intelligence
157 East 86th Street, 4th Floor
New York, NY 10028
Telephone (631) 506-8464
belmont@cerebel.law

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH - CENTRAL DIVISION**

| | |
|---|---|
| BAM FRANCHISING, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DOES 1–10,<br><br>Defendants. | **NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF EXPEDITED MOTION TO INTERVENE (ECF 8)**<br><br>Case No. 2:26-cv-00895-DBB-DBP<br><br>District Judge David Barlow<br>Magistrate Judge Dustin B. Pead |

Proposed Intervenor Gregory C. Belmont ("Movant") withdraws, without prejudice, his Expedited Motion to Intervene (ECF 8) and the proposed Rule 72(a) objections lodged with it (ECF 8-1).

Movant sought limited intervention because the Court's September 30, 2026 Order (ECF 6) issued ex parte without hearing from the affected publisher or its sources. Since then, counsel has appeared for the non-party operator of thebammap.com (ECF 13, 16). The operator has moved to vacate or modify ECF 6 and to quash the subpoenas served under it (ECF 23), moved for an interim stay of production (ECF 24), and objected to ECF 6 (ECF 25). The Court has also denied Movant's Motion to Stay (ECF 17). In light of these developments, Movant withdraws the motion and no response to it is required.

Movant's asserted interest was his own First Amendment interest, as a regular reader, in continued access to the site's reporting. See ECF 8 at 6–9; ECF 8-2 ¶¶ 5–7. His references to the reporter's privilege and the Stored Communications Act identified both statutory limits on what ECF 6 could authorize and protections that affected reporters and sources could assert upon notice and an opportunity to seek relief. *See* ECF 8-1 at 9, 12–13. He also asked the Court to provide safeguards under its own authority over discovery. *See* ECF 9 at 6.

This withdrawal is without prejudice to Movant's seeking intervention or other appropriate relief based on changed circumstances, including discovery under ECF 6 seeking information identifying a publisher, content creator, or other recipient described in Complaint ¶ 67 on whose reporting Movant relies, particularly if disclosure may occur without notice and a reasonable opportunity to seek judicial protection.

DATED: October 15, 2026.

/s/ Gregory C. Belmont
Gregory C. Belmont
Proposed Intervenor, Pro Se

**CERTIFICATE OF SERVICE**

I certify that on October 15, 2026, a true and correct copy of the following document

NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF EXPEDITED MOTION TO INTERVENE (ECF 8)

was emailed to the Clerk's Office at utdecf_clerk@utd.uscourts.gov for filing. Upon docketing, the Court's CM/ECF system is expected to send a notice of electronic filing to counsel of record for Plaintiff, Matthew J. Orme and Kyle K. Tucker of Dentons Durham Jones Pinegar P.C., and for Interested Party John Doe, Eric Allen and Leonard French. I also emailed a copy to matt.orme@dentons.com, kyle.tucker@dentons.com, eric@allenlawyer.com, ljfrench@leonardjfrench.com as a single pdf.

/s/ Gregory C. Belmont
Gregory C. Belmont