**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**

| | |
|---|---|
| BAM FRANCHISING, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DOES 1-10,<br><br>Defendants. | **ORDER GRANTING INTERIM STAY OF PRODUCTION**<br><br>Case No. 2:26-cv-00895-DBB-DBP<br><br>District Judge David Barlow<br><br>Magistrate Judge Dustin B. Pead |

Before the Court is the Anonymous Non-Party Publisher's Emergency Motion for Interim Stay of Production Pending Ruling and for Expedited Briefing.[1] For good cause shown, the Motion is GRANTED,[2] and the Court ORDERS as follows, pending resolution of the Publisher's Emergency Motion to Vacate or Modify:[3]

1. No recipient of a subpoena issued under the Court's Order of September 30, 2026[4] shall produce any information concerning the website thebammap.com or its operator.
2. Plaintiff shall not serve any further subpoena seeking such information.
3. Plaintiff shall sequester, and shall not review, use, or disclose, any such information already produced.

---

[1] ECF No. 24.

[2] *Id.*

[3] ECF No. 23.

[4] ECF No. 6.

4. Plaintiff shall serve a copy of this Order on each subpoena recipient within one business day.

5. Plaintiff shall file any response to Anonymous Non-Party's Emergency Motion To Vacate Or Modify Order on or before **October 23, 2026**. The Publisher may file a reply on or before **October 30, 2026**.

**IT IS SO ORDERED.**

DATED this 16th day of October, 2026.

BY THE COURT:

______________________________
Dustin B. Pead
United States Magistrate Judge