Matthew J. Orme (13323)
Kyle K. Tucker (19720)
**DENTONS DURHAM JONES PINEGAR P.C.**
111 South Main Street, Ste. 2400
Salt Lake City, UT 84111
(801) 415-3000
matt.orme@dentons.com
kyle.tucker@dentons.com

*Attorneys for Plaintiff BAM Franchising, Inc.*

---

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| BAM FRANCHISING, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DOES 1-10,<br><br>Defendants. | **CERTIFICATE OF SERVICE RE:**<br><br>**ORDER GRANTING INTERIM STAY OF PRODUCTION**<br><br>Case No. 2:26-cv-00895-DBB-DBP<br><br>Judge David Barlow<br><br>Magistrate Judge Dustin B. Pead |

I hereby certify that, pursuant to the Court's October 16, 2026 Order Granting Interim Stay of Production (Dkt. No. 29) (the "Order"), on October 18, 2026, I sent a copy of the Order to subpoena recipient GoDaddy.com, LLC ("GoDaddy") via email to subpoenas@godaddy.com, with a copy to counsel for the anonymous Publisher. Additionally, on October 19, 2026, I caused a copy of the Order to be sent via first-class U.S. mail to GoDaddy's registered agent on file with the Utah Division of Corporations and to GoDaddy's compliance department at the address listed on GoDaddy's website, as set forth below:

GoDaddy.com, LLC
c/o Corporation Service Company, Registered Agent
15 West South Temple, Suite 600
Salt Lake City, UT 84101

Compliance Department
GoDaddy.com, LLC
100 S. Mill Ave
Suite 1600
Tempe, AZ 85281

I further certify that, on October 18, 2026, I sent copy of the Order to subpoena recipient Vercel, Inc. ("Vercel") via email to privacy@vercel.com and to Daniel de Zayas (daniel@zwillgen.com), outside counsel for Vercel, with a copy to counsel for the anonymous Publisher. Additionally, on October 19, 2026, I caused a copy of the Order to be sent via first-class U.S. mail to Vercel's registered agent on file with the Utah Division of Corporations, as set forth below:

Vercel, Inc.
c/o CT Corporation System
1108 E South Union Ave
Midvale, UT 84047

DATED: October 19, 2026

**DENTONS DURHAM JONES PINEGAR P.C.**

*/s/ Kyle K. Tucker*
Matthew J. Orme
Kyle K. Tucker

*Attorneys for Plaintiff BAM Franchising, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2026, a true and correct copy of the foregoing was served via the Court's electronic filing system to all parties and counsel of record.

By: /s/ *Kristin Hughes*