**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH - CENTRAL DIVISION**

| | |
|---|---|
| BAM FRANCHISING, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DOES 1–10,<br><br>Defendants. | **[PROPOSED] ORDER GRANTING LEAVE TO FILE AMICUS MEMORANDUM**<br><br>Case No. 2:26-cv-00895-DBB-DBP<br><br>District Judge David Barlow<br>Magistrate Judge Dustin B. Pead |

Gregory C. Belmont's motion for leave to file an amicus memorandum in support of the Anonymous Non-Party Publisher's motion to vacate or modify the expedited-discovery order, to quash or modify subpoenas, and for a protective order (ECF 23) is GRANTED. Belmont shall separately file the memorandum attached to his motion as Exhibit A within three days of entry of this Order. DUCivR 7-6(b)(4).

IT IS SO ORDERED.

Dated: _______________, 2026

BY THE COURT:

______________________________________

Dustin B. Pead
United States Magistrate Judge