**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| BAM FRANCHISING, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DOES 1-10,<br><br>Defendants. | **[REVISED PROPOSED] ORDER GRANTING ANONYMOUS NON-PARTY PUBLISHER'S EMERGENCY MOTION TO VACATE OR MODIFY ECF 6, TO QUASH OR MODIFY SUBPOENAS, AND FOR PROTECTIVE ORDER**<br><br>Case No. 2:26-cv-00895-DBB-DBP<br><br>District Judge David Barlow<br><br>Magistrate Judge Dustin B. Pead |

Before the Court is the Anonymous Non-Party Publisher's Emergency Motion to Vacate or Modify Order Granting Expedited Discovery (ECF 6), to Quash or Modify Subpoenas, and for Protective Order (ECF 23). Having considered the Motion, Plaintiff's opposition (ECF 31), the Publisher's reply (ECF ____), and the record, and for good cause shown, the Court GRANTS the Motion and ORDERS as follows:

1. The Order Granting Ex Parte Motion for Expedited Discovery (ECF 6) is VACATED to the extent it authorizes discovery of the identity of, or any information about, the operator of the website thebammap.com.

2. The subpoenas issued under ECF 6 to Vercel, Inc. and GoDaddy.com, LLC (ECF 14, 15) are QUASHED to the same extent.

3. Absent leave of Court on noticed motion, Plaintiff shall not issue or serve any subpoena (a) seeking information that identifies the operator of thebammap.com, or (b) seeking, from any provider of services to that website, information that

identifies the website's sources. Nothing in this paragraph limits discovery from the providers of Plaintiff's own systems.

4. Any request by Plaintiff for leave under paragraph 3, or for any other discovery concerning the operator of thebammap.com, shall be made by noticed motion, supported by evidence, with notice to the Publisher's counsel.

5. Plaintiff shall sequester, and shall not review, use, or disclose, any information concerning the operator of thebammap.com already produced in response to any subpoena, including any information sequestered under the Court's Order of October 16, 2026 (ECF 29), and shall return or destroy it within seven days.

6. Plaintiff shall serve a copy of this Order on each recipient of a subpoena issued under ECF 6 within one business day.

IT IS SO ORDERED.

DATED this ____ day of ______________, 2026.

BY THE COURT:

______________________________
Dustin B. Pead
United States Magistrate Judge