**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| BAM FRANCHISING, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DOES 1-10,<br><br>Defendants. | **[ALTERNATIVE PROPOSED] ORDER GRANTING IN PART ANONYMOUS NON-PARTY PUBLISHER'S EMERGENCY MOTION TO VACATE OR MODIFY ECF 6, TO QUASH OR MODIFY SUBPOENAS, AND FOR PROTECTIVE ORDER**<br><br>Case No. 2:26-cv-00895-DBB-DBP<br><br>District Judge David Barlow<br><br>Magistrate Judge Dustin B. Pead |

Before the Court is the Anonymous Non-Party Publisher's Emergency Motion to Vacate or Modify Order Granting Expedited Discovery (ECF 6), to Quash or Modify Subpoenas, and for Protective Order (ECF 23). Having considered the Motion, Plaintiff's opposition (ECF 31), the Publisher's reply (ECF ____), and the record, and for good cause shown, the Court GRANTS the Motion IN PART and ORDERS as follows:

1. The Order Granting Ex Parte Motion for Expedited Discovery (ECF 6) is MODIFIED. Discovery concerning the operator of the website thebammap.com is limited to the confidential comparison set out in paragraphs 3 through 7 of this Order.

2. The subpoenas issued under ECF 6 to Vercel, Inc. and GoDaddy.com, LLC (together, the "Providers") (ECF 14, 15) are MODIFIED. Request 1 is limited to the name and email address of the account holder for thebammap.com, to be

lodged with the Court under paragraph 4 and not produced to Plaintiff. Requests 2 through 8 are QUASHED.

3. Within 14 days after entry of this Order, Plaintiff shall lodge with the Court, under seal, a list of its current and former franchisees, employees, and other persons bound by agreements with Plaintiff, giving each person's name and any email address known to Plaintiff.

4. Within seven days after service of this Order, each Provider shall give the account holder for thebammap.com notice of this Order. The account holder may move for relief within 21 days after that notice. Within 14 days after that period ends or, if the account holder timely moves, within 14 days after the Court rules on the motion, each Provider shall lodge with the Court, under seal, the account holder's name and email address.

5. The Court will compare the Providers' submissions with Plaintiff's list in camera and will report only "match" or "no match."

6. Nothing the Providers lodge under this Order shall be produced to, or served on, Plaintiff or its counsel, notwithstanding any rule or procedure that would otherwise require service of sealed documents. Plaintiff's list need not be served on the Publisher.

7. If the Court reports a match, Plaintiff may move for further relief on notice to the Publisher's counsel.

8. Except as provided in this Order, and absent leave of Court on noticed motion, Plaintiff shall not issue or serve any subpoena (a) seeking information that

identifies the operator of thebammap.com, or (b) seeking, from any provider of services to that website, information that identifies the website's sources. Nothing in this paragraph limits discovery from the providers of Plaintiff's own systems.

9. Any request by Plaintiff for leave under paragraph 8, or for any other discovery concerning the operator of thebammap.com, shall be made by noticed motion, supported by evidence, with notice to the Publisher's counsel.

10. Plaintiff shall sequester, and shall not review, use, or disclose, any information concerning the operator of thebammap.com already produced in response to any subpoena, including any information sequestered under the Court's Order of October 16, 2026 (ECF 29), and shall return or destroy it within seven days.

11. Plaintiff shall serve a copy of this Order on each recipient of a subpoena issued under ECF 6 within one business day.

IT IS SO ORDERED.

DATED this ____ day of ______________, 2026.

BY THE COURT:

______________________________
Dustin B. Pead
United States Magistrate Judge