Matthew J. Orme (13323)
Kyle K. Tucker (19720)
**DENTONS DURHAM JONES PINEGAR P.C.**
111 South Main Street, Ste. 2400
Salt Lake City, UT 84111
(801) 415-3000
matt.orme@dentons.com
kyle.tucker@dentons.com

*Attorneys for Plaintiff BAM Franchising, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| BAM FRANCHISING, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DOES 1-10,<br><br>Defendants. | **MOTION FOR LEAVE TO FILE CERTAIN PORTIONS OF PLAINTIFF'S EMERGENCY EX PARTE MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM AND SUPPORTING DECLARATION IN OPPOSITION TO ANONYMOUS NON-PARTY PUBLISHER'S EMERGENCY MOTION TO VACATE OR MODIFY ORDER GRANTING EXPEDITED DISCOVERY, TO QUASH OR MODIFY SUBPOENAS, AND FOR PROTECTIVE ORDER**<br><br>Case No. 2:26-cv-00895-DBB-DBP<br><br>Judge David Barlow<br><br>Magistrate Judge Dustin B. Pead |

Pursuant to DUCivR 5-3, Plaintiff BAM Franchising, Inc. ("BAM"), through counsel, moves the Court for leave to file under seal a portion of its Emergency Ex Parte Motion for Leave to File Supplemental Memorandum and Supporting Declaration in Opposition to Anonymous

Non-Party Publisher's Emergency Motion to Vacate or Modify Order Granting Expedited Discovery, to Quash or Modify Subpoenas, and for Protective Order (the "Motion"), namely Exhibits A–E attached to Exhibit 2—the [Proposed] Declaration of Matt McNeff. *See* Mot. Ex. 2.

DUCivR 5-3(a)(1) provides that "[o]n motion of a party and a showing of good cause, a judge may order that a Document be sealed." BAM seeks to redact portions of Exhibit 2 in the Motion which contain BAM internal Slack communications and excerpts from confidential materials such as BAM's Operations Manual. This information has wrongfully been disclosed in violation of confidentiality obligations owed to BAM. BAM does not make this information publicly available and seeks to prevent further public dissemination of its confidential communications and internal materials in public filings. BAM has shown good cause to seal this information, and BAM's motion for leave to file under seal is narrowly tailored to seek protection of only the specific sensitive information at issue.

Redacted versions of the Motion which include Exhibit 2 have separately and contemporaneously been filed on the docket. A proposed Order is attached and will be emailed to chambers.

DATED: November 6, 2026

**DENTONS DURHAM JONES PINEGAR P.C.**

*<u>/s/ Matthew J. Orme</u>*
Matthew J. Orme
Kyle K. Tucker

*Attorneys for Plaintiff BAM Franchising, Inc.*



UC_92925121

**CERTIFICATE OF SERVICE**

I hereby certify that on November 6, 2026, a true and correct copy of the foregoing was served via the Court's electronic filing system to all parties and counsel of record.

By: /s/ *Kristin Hughes*