Matthew J. Orme (13323)
Kyle K. Tucker (19720)
**DENTONS DURHAM JONES PINEGAR P.C.**
111 South Main Street, Ste. 2400
Salt Lake City, UT 84111
(801) 415-3000
matt.orme@dentons.com
kyle.tucker@dentons.com

*Attorneys for Plaintiff BAM Franchising, Inc.*

---

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

---

| | |
|---|---|
| BAM FRANCHISING, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DOES 1-10,<br><br>Defendants. | **ORDER GRANTING MOTION FOR LEAVE TO FILE CERTAIN PORTIONS OF PLAINTIFF'S EMERGENCY EX PARTE MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM AND SUPPORTING DECLARATION IN OPPOSITION TO ANONYMOUS NON-PARTY PUBLISHER'S EMERGENCY MOTION TO VACATE OR MODIFY ORDER GRANTING EXPEDITED DISCOVERY, TO QUASH OR MODIFY SUBPOENAS, AND FOR PROTECTIVE ORDER**<br><br>Case No. 2:26-cv-00895-DBB-DBP<br><br>Judge David Barlow<br><br>Magistrate Judge Dustin B. Pead |

Before the Court is Plaintiff BAM Franchising, Inc.'s ("BAM"), Motion for Leave to File Certain Portions of its Emergency Ex Parte Motion for Leave to File Supplemental Memorandum and Supporting Declaration in Opposition to Anonymous Non-Party Publisher's Emergency

Motion to Vacate or Modify Order Granting Expedited Discovery, to Quash or Modify Subpoenas, and for Protective Order (the "Motion").

Having considered the Motion, and for good cause based on the reasons stated in the Motion, the Court hereby GRANTS the Motion and ORDERS that the information identified in the Motion shall be sealed.

IT IS SO ORDERED.

DATED: _____________

BY THE COURT:

______________________________
Dustin B. Pead
United States Magistrate Judge