**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| BAM FRANCHISING, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DOES 1-10,<br><br>Defendants. | **[REVISED PROPOSED] ORDER GRANTING MOTION TO PROCEED UNDER A PSEUDONYM**<br><br>Case No. 2:26-cv-00895-DBB-DBP<br><br>District Judge David Barlow<br><br>Magistrate Judge Dustin B. Pead |

Before the Court is the Publisher's Motion to Proceed Under a Pseudonym and for Ex Parte Treatment of Full-Name Notice (ECF 18). Having considered the Motion, Plaintiff's opposition (ECF 32), the Publisher's reply (ECF ____), and the record, the Court finds that requiring the Publisher to proceed under its true name would inflict the injury it litigates against, disclosure of its identity, and that this interest outweighs the public interest in the Publisher's name at this stage. Consistent with the Court's Order of November 3, 2026 (ECF 35), the Motion is GRANTED. The Court ORDERS:

1. The operator of the website thebammap.com may proceed in this action under the pseudonym "Anonymous Non-Party Publisher of thebammap.com."

2. The Notice of Intention to Proceed Under a Pseudonym – Full Names (ECF No. 19) shall remain under seal and ex parte, for the Court's in camera review only, until further order of the Court. Service of the Notice on Plaintiff under DUCivR 10-2(d) is excused pending further order. Plaintiff's request that the Notice be served on its counsel on an attorneys'-eyes-only basis (ECF 32 at 4–5; ECF 38 at

12) is DENIED without prejudice. The Notice will not be unsealed or served without notice to the Publisher and an opportunity to be heard.

3. No party shall file any document that discloses the Publisher's identity, except under seal or as permitted by further order of the Court. Discovery concerning the Publisher's identity is governed by the Court's Order of October 16, 2026 (ECF 29) and will be governed by the Court's ruling on the Motion to Vacate or Modify (ECF 23). This Order is without prejudice to Plaintiff's opposition to that Motion (ECF 31). If the Court orders disclosure of the Publisher's identity to Plaintiff, no disclosure shall be made, and this Order and the seal on ECF 19 and ECF 22 shall remain in effect, until 14 days after entry of that order or, if the Publisher timely objects under Fed. R. Civ. P. 72(a), until the District Judge rules on the objection.

IT IS SO ORDERED.

DATED this ____ day of ______________, 2026.

BY THE COURT:

______________________________
Dustin B. Pead
United States Magistrate Judge