**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| BAM FRANCHISING, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DOES 1-10,<br><br>Defendants. | **[PROPOSED] ORDER GRANTING IN PART PLAINTIFF'S EMERGENCY MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM AND SUPPORTING DECLARATION (ECF 38)**<br><br>Case No. 2:26-cv-00895-DBB-DBP<br><br>District Judge David Barlow<br><br>Magistrate Judge Dustin B. Pead |

Before the Court is Plaintiff BAM Franchising, Inc.'s Emergency Ex Parte Motion for Leave to File Supplemental Memorandum and Supporting Declaration (ECF 38) (the "Motion") and the response of the anonymous non-party publisher of thebammap.com (the "Publisher") (ECF ____). Having considered the Motion and the response, the Motion is GRANTED IN PART. The Court ORDERS:

1. The Court will consider the updates published on thebammap.com between October 24 and November 4, 2026, the account of them in the Declaration of Matt McNeff (ECF 38 at 22–24, ¶¶ 7–14), and those parts of the proposed Supplemental Memorandum that address them, together with the Publisher's response.

2. The Court will not consider Section IV of the proposed Supplemental Memorandum or its Exhibit A (ECF 38 at 15–19), or the theory in Section III that the Publisher could be named as a person who aids and abets a disclosure.

3. The request that the Publisher's full-name notice (ECF 19) be served on Plaintiff's counsel on an attorneys'-eyes-only basis will be decided on the Motion to Proceed Under a Pseudonym (ECF 18), not on this Motion.

4. Nothing in this Order finds that any material reproduced in the exhibits to the Declaration is confidential or a trade secret.

5. The Court's orders at ECF 29 and ECF 35 remain in force on their terms.

IT IS SO ORDERED.

DATED this ____ day of ______________, 2026.

BY THE COURT:

____________________________

Dustin B. Pead
United States Magistrate Judge