Matthew J. Orme (13323)
Kyle K. Tucker (19720)
**DENTONS DURHAM JONES PINEGAR P.C.**
111 South Main Street, Ste. 2400
Salt Lake City, UT 84111
(801) 415-3000
matt.orme@dentons.com
kyle.tucker@dentons.com

*Attorneys for Plaintiff BAM Franchising, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| BAM FRANCHISING, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DOES 1-10,<br><br>Defendants. | **STIPULATED MOTION FOR ENTRY OF TEMPORARY STAY OF PROCEEDINGS AND CONTINUANCE OF HEARING**<br><br>Case No. 2:26-cv-00895-DBB-DBP<br><br>Judge David Barlow<br><br>Magistrate Judge Dustin B. Pead |

Pursuant to DUCivR 7-1(a)(2)(B) & (G), Plaintiff BAM Franchising, Inc. ("BAM") and the Anonymous Non-Party Publisher of thebammap.com (the "Publisher") (together, the "Parties") jointly move for entry of the accompanying stipulated order temporarily staying this action for thirty days, through December 10, 2026, continuing the hearing set for November 10, 2026 (Dkt. No. 36), and holding the pending motions (Dkt. Nos. 18 and 23) in abeyance.

The requested stay is a temporary, interim arrangement between the Parties. The Parties agreement is intended to allow the Parties time to discuss a potential resolution of the issues raised in the pending motions and pleadings and potentially the case at-large. The Parties anticipate that

those discussions may lead to a resolution of the pending motions and would moot the issues now before the Court. Allowing the Parties time to conduct these discussions while staying the proceedings and continuing the hearing will conserve the resources of the Court and the Parties.

As set forth in the proposed order, the stay is without prejudice. The Parties do not waive, and expressly preserve, all rights, claims, defenses, and arguments, including those raised in pending filings and any that may be raised in future filings, should a resolution not be reached, the stay be lifted, and the hearing date reset. Either Party may ask the Court to lift the stay before December 10, 2026. The Parties will file a joint status report by December 3, 2026, reporting either a resolution or a request to reset the hearing.

For these reasons, the Parties respectfully request that the Court enter the proposed stipulated order submitted with this motion.

DATED: November 10, 2026

**DENTONS DURHAM JONES PINEGAR P.C.**

*/s/ Matthew J. Orme*
Matthew J. Orme
Kyle K. Tucker

*Attorneys for Plaintiff BAM Franchising, Inc.*

**THE LAW FIRM OF LEONARD J. FRENCH**

*/s/ Leonard French**
Leonard French

* Affixed with permission received by email



UC_92967411

**ALLEN, MITCHELL & ALLEN, PLLC**
Eric Allen

*Attorneys for Anonymous Non-Party Publisher of thebammap.com (Limited Appearance)*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2026, a true and correct copy of the foregoing was served via the Court's electronic filing system to all parties and counsel of record.

By: /s/ *Angie Stettler*