**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| BAM FRANCHISING, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DOES 1-10,<br><br>Defendants. | **ORDER GRANTING STIPULATED MOTION FOR ENTRY OF TEMPORARY STAY OF PROCEEDINGS AND CONTINUANCE OF HEARING**<br><br>Case No. 2:26-cv-00895-DBB-DBP<br><br>Judge David Barlow<br><br>Magistrate Judge Dustin B. Pead |

Before the Court is the Parties' Stipulated Motion for Temporary Stay of Proceedings and Continuance of Hearing. Based on the stipulation of Plaintiff BAM Franchising, Inc. ("BAM") and the Anonymous Non-Party Publisher of thebammap.com (the "Publisher"), and for good cause shown, the Court hereby GRANTS the Motion and ORDERS as follows:

1. All proceedings and discovery in this action, including all subpoenas issued under the Court's Order of September 30, 2026 (Dkt. No. 6), are STAYED for thirty days, through December 10, 2026. The purpose of the Stay is to allow the parties to make efforts to resolve the issues that are at the heart of the Complaint and the discovery issues before the Court.
2. The hearing set for November 10, 2026 (Dkt. No. 36) is CONTINUED. The Publisher's Motion to Proceed Under a Pseudonym (Dkt. No. 18) and Emergency Motion to Vacate

or Modify ECF 6, to Quash or Modify Subpoenas, and for Protective Order (Dkt. No. 23) are held in abeyance pending further order.

3. The Court's Order of October 16, 2026 (Dkt. No. 29), and the seal on Dkt. No. 19 and Dkt. No. 22, remain in effect until further order of the Court.
4. BAM shall serve a copy of this Order on each subpoena recipient.
5. By December 3, 2026, the Parties shall file a joint status report stating either that they have reached a resolution or requesting that the Court reset the hearing.
6. This stay is entered without prejudice to any party's or the Publisher's claims, defenses, or arguments, whether raised in pending filings or in future filings. Nothing in this Order or in the stay waives, limits, or determines any such claim, defense, or argument.
7. BAM or the Publisher may request that the Court lift the stay before December 10, 2026.

IT IS SO ORDERED.

DATED: _____________

BY THE COURT:

______________________________
Dustin B. Pead
United States Magistrate Judge